UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WISNIEWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01674-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 34 |

　　　　The parties have filed a stipulation of dismissal dated April 14, 2015, stating that they have agreed to dismiss this action in its entirety as to all parties and with prejudice.  ECF No. 34. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　This case has been dismissed with prejudice.  The Clerk shall close the file.

　　　　IT IS SO ORDERED.

Dated: April 17, 2015

_____
JON S. TIGAR
United States District Judge